THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00128-MR-WCM

| | |
|---|---|
| NANCY BARNETT and MARK GARDNER, ) ) ) ) Plaintiffs, ) ) vs. ) ) STATE FARM FIRE AND CASUALTY ) COMPANY, ) ) ) Defendant. ) ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Remand. [Doc. 7].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Remand [Doc. 7] is **GRANTED**, and this action is hereby **REMANDED** to the Polk County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Polk County Superior Court Clerk.

Signed: June 1, 2021

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge